COURT OF CRIMINAL APPEALS CLERK
SUPREME COURT BLDG.
P.O. BOX 12308
AUSTIN, TX 78711

83,534-01

DEAR CLERK:

I REQUEST THAT YOU NOTIFY ME OF THE COURTS RULING ON MY § 11.07 MOTION.

I ALSO REQUEST MY DESIRE TO FILE A PRO-SE BRIEF OR RESPONSE TO MY FACT AND FINDINGS AND CONCLUSIONS OF LAW BY THE STATE AND JUDGE, APPEAL CASE # 92-06-00134 - CRF-A.

SINCERELY,
GUADALUPE, MORENO
#636952
DEFENDANT, PRO-SE
4000 N. 10TH STREET
BRIDGEPORT, TX 76426

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk